UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mark Anthony Anderson

Write the full name of each plaintiff.

25 CV 7649

(Include case number if one has been assigned)

-against-

Giovanni Tiso
Luisa Tiso
Cosimo Tiso

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

RECEIVED
SDNY PRO SE OFFICE
2025 SEP 12 AM 9: 52

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☒ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*The Imancipacion Proclamation of The United States of America*

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
     (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, Louie and Ernies Pizza, is incorporated under the laws of the State of New York

and has its principal place of business in the State of New York

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in The Bronx, New York.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Mark / Anthony / Anderson
First Name / Middle Initial / Last Name

3046 La Salle Ave
Street Address

The Bronx
New York / New York / 10461
County, City / State / Zip Code

_____ / Thecoverthibertrian@tutumail.
Telephone Number / Email Address (if available)
                                                                Cen

B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Giovanni Tiso
First Name / Last Name
Pizzamen
Current Job Title (or other identifying information)
1300 Crosby Avenue
Current Work Address (or other address where defendant may be served)
The Bronx  NY  10461
County, City / State / Zip Code

Defendant 2: Cosimo Tiso
First Name / Last Name
Licensee Holder
Current Job Title (or other identifying information)
1300 Crosby Ave
Current Work Address (or other address where defendant may be served)
The Bronx  NY  10461
County, City / State / Zip Code

Defendant 3: Luisa Tiso
First Name / Last Name
Administrative Professional
Current Job Title (or other identifying information)
1300 Crosby Avenue
Current Work Address (or other address where defendant may be served)
The Bronx  NY  10461
County, City / State / Zip Code

Defendant 4: _____

First Name _____  Last Name _____

Current Job Title (or other identifying information) _____

Current Work Address (or other address where defendant may be served) _____

County, City _____  State _____  Zip Code _____

### III. STATEMENT OF CLAIM

Place(s) of occurrence: 1300 Crosby Ave The Bronx, NY

Date(s) of occurrence: September 2023 to present

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I Mark Anthony Anderson took employment for Cosimo Tiso, Giovanni Tiso, and Luisa Tiso. Upon completion of my training I was thrown into 70 hour work weeks and not paid overtime for almost 2 years. This was after previous conversations from my homestate of Minnesota. Cosimo and Giovanni lied to me to "traffic" me across the country into indentured servitude and a work environment. While under his supervision he trained me to feed customers and employees food that was out of date and not good for customers. Cosimo was in charge of my training and failed to train and maintain New York City Health Department Standards. He verbally threatened

my safety and productivity at Louie and Ernies. He never paid me overtime. This violates the Emancipation Proclamation of the United States of America. I was in a work related car accident and forced to stay at work through electronic coercion.

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I cut off the top of my finger, I hurt my face and back after being struck by a car. My mental health is manic depressive.

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I am seeking $12.5 million in relief and medical, back pay for lost wages, and pain and suffering

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|

First Name: Mark      Middle Initial: A      Last Name: Anderson

Street Address: 3046 La Salle Ave Basement Apartment

County, City: The Bronx    State: NY    Zip Code: 10461

Telephone Number                    Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Mure Anderson
3046 LaSalle Ave
Basement Apt
The Bronx, NY 10461

RECEIVED
SDNY PRO SE OFFICE
2025 SEP 12 AM 9:52

Pro Se Filing Office
500 Pearl Street
New York, NY 10007

USM4P SDNY

RDC 99

10007

$2.17

U.S. POSTAGE
FCM LG ENV
BRONX, NY 10
SEP 09, 2025