UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK ANTHONY ANDERSON,

                      Plaintiff,

           -against-

LOUIE & ERNIE'S PIZZA; GIOVANNI TISO;
COSIMO TISO; LUISA TISO,

                     Defendants.

1:25-CV-7649 (LJL)

ORDER OF SERVICE

LEWIS J. LIMAN, United States District Judge:

      Plaintiff Mark Anthony Anderson, who appears *pro se*, invokes the court's diversity jurisdiction and purportedly asserts claims under the "[E]mancipation Proclamation of the United States of America." Dkt. No. 1 at 2. He seeks "$12.5 million in relief and medical, back pay for lost wages, and pain and suffering." *Id.* at 6. Plaintiff sues: (1) Louie & Ernie's Pizza ("LEP"), of the Bronx, New York; (2) Giovanni Tiso, who appears to be LEP's "Pizzaman"; (3) Cosimo Tiso, who appears to be LEP's "License Holder"; and (4) Luisa Tiso, who appears to be LEP's "Administrative Professional." *Id.* at 3–4. The Court construes Plaintiff's complaint as asserting claims under the Fair Labor Standards Act and under state law.

      By order dated September 16, 2025, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. The Court directs service upon the defendants.

## DISCUSSION

      Because Plaintiff has been granted permission to proceed IFP, he is entitled to assistance from the Court and the United States Marshals Service ("USMS") to effect service.[1] *Walker v.*

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date that the complaint is filed, Plaintiff is proceeding

*Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service upon the defendants through the USMS, the Clerk of Court is instructed to fill out a USMS Process Receipt and Return form ("USM-285 form") for each of the defendants. The Clerk of Court is further instructed to issue a summons for each of the defendants and deliver to the USMS all the paperwork necessary for the USMS to effect service of a summons and the complaint upon each of the defendants.

If a summons and the complaint are not served upon each of the defendants within 90 days after the date that the summonses for the defendants are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss this action if he fails to do so.

## CONCLUSION

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to: (1) issue summonses for the defendants; (2) complete USM-285 forms with the service addresses for the defendants; and (3) deliver all

---

IFP and could not have effected service until the Court reviewed the complaint and ordered that summonses issue. The Court therefore extends the time to serve the defendants until 90 days after the date that summonses for the defendants issue.

documents necessary to effect service of a summons and the complaint upon each of the defendants to the USMS.

    SO ORDERED.

Dated:  November 7, 2025
          New York, New York

_____
LEWIS J. LIMAN
United States District Judge

**SERVICE ADDRESSES FOR DEFENDANTS**

1. Louie & Ernie's Pizza
   1300 Crosby Avenue
   Bronx, New York 10461

2. Giovanni Tiso
   Pizzaman
   Louie & Ernie's Pizza
   1300 Crosby Avenue
   Bronx, New York 10461

3. Cosimo Tiso
   License Holder
   Louie & Ernie's Pizza
   1300 Crosby Avenue
   Bronx, New York 10461

4. Louisa Tiso
   Administrative Professional
   Louie & Ernie's Pizza
   1300 Crosby Avenue
   Bronx, New York 10461