UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                :

MARK ANTHONY ANDERSON,            :
                                                :

          Plaintiff,              :

                                                :          25-cv-7649 (LJL)

     -v-                   :

                                                :             ORDER

GIOVANNI TISO ET AL.,              :

                                                :

          Defendants.           :

                                                :
-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/21/2026

LEWIS J. LIMAN, United States District Judge:

The Court held an initial conference in this matter on January 21, 2026. This Order memorializes the Court's oral ruling. This case is stayed pending further order of the Court. If either party wishes for the stay to be lifted, such party should file a letter motion on the docket.

Additionally, Plaintiff is informed that instructions for pro-se (or self-represented) parties to consent to receive documents electronically is available on the Court's website at nysd.uscourts.gov/sites/default/files/pdf/proseconsentecfnotice-final.pdf. Other resources for self-represented litigants are at nysd.uscourts.gov/prose. The phone number and email for the City Bar Justice Center are available through that webpage as well. Plaintiff is encouraged to consult the clinic. Plaintiff is advised that due to the volume of parties who are self-represented in this Court and who seek the services of the City Bar Justice Center there may be significant waiting time before Plaintiff is able to obtain an appointment.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff at his address on the docket and to email this order to Plaintiff at 1jaderway@gmail.com.

SO ORDERED.

Dated: January 21, 2026
      New York, New York

                                   LEWIS J. LIMAN
                       United States District Judge

2